# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Defenders of Wildlife, et al.

**Plaintiff,**

v.

Elaine Duke, Acting Secretary of DHS, et

**Defendant.**

Civil No. __3:17-cv-01873-JM-AGS__

## PRO HAC VICE APPLICATION

Animal Legal Defense Fund
Party Represented

I, __Anthony T. Eliseuson__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Animal Legal Defense Fund
Street address: 1755 W. Roscoe Street, Unit 3
City, State, ZIP: Chicago, Illinois 60657
Phone number: 707-795-2533
Email: aeliseuson@aldf.org

That on __11/7/2002__ (Date) I was admitted to practice before __Supreme Court of Illinois__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Gloria D. Smith
(Name)

415-977-5532
(Telephone)

Sierra Club
(Firm)

2101 Webster Street, Suite 1300    Oakland    94612
(Street)                           (City)     (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_